# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FAWN WALKER MONTGOMERY,** | : CIVIL ACTION NO. 2:17-CV-840 |
| **Plaintiff** | : (Chief Judge Conner) |
| v. | : |
| **TRISHA GADSON and MACEDONIA FAMILY & COMMUNITY ENRICHMENT CENTER, INC.,** | : |
| **Defendants** | : |

## **ORDER**

AND NOW, this 30th day of March, 2018, upon consideration of defendants' motion (Doc. 4) to dismiss plaintiff's complaint (Doc. 1-2), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 4) to dismiss is GRANTED.

2. Plaintiff's complaint (Doc. 1-2) is DISMISSED with prejudice.

3. The Clerk of Court is directed to CLOSE this case.

/S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania